*BMS*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Caption:

*Cedrick Evon Dopel*

*unrepresented, in forma pauperis*
*Full name(s) of Plaintiff(s)*

**COMPLAINT**
**FOR EMPLOYMENT**
**DISCRIMINATION**

v.

① *GB Logistics LLC ; Headquarter Office ;*
*in care of Kaitlin Burke*
*(Human Resource lead) and* ② *GBU Holdings LLC dba*
*Full name(s) of Defendant(s)* *GORuff*

This action is brought for discrimination in employment pursuant to (check only those that apply):

CIVIL ACTION
NO. **20 ___ 1052**

    _X_     Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
            ***NOTE:*** *In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

    _ _     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634.
            ***NOTE:*** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission, and you must have been at least 40 years old at the time you believe that you were discriminated against*

    _ _     Americans with Disability Act of 1990, as codified, 42 U.S.C. §§ 12112-12117.
            ***NOTE:*** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission*

    _ _     Pennsylvania Human Relations Act, as codified, 43 Pa. Cons. Stat. §§ 951-963 (race, color, family status, religious creed, ancestry, handicap or disability, age, sex, national origin, the use of a guide or support animal because of blindness, deafness or physical handicap of the user or because the user is a handler or trainer of support or guide animals).

(Rev 10/2009)

**NOTE:** *In order to bring suit in federal district court under the Pennsylvania Human Relations Act, you must first file a complaint with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations, and then you must wait one year prior to filing a lawsuit.*

## I.   Parties in this complaint:

A.   List your name, address and telephone number.   Do the same for any additional plaintiffs named.   Attach additional sheets of paper as necessary.

Plaintiff   Name: Cedrick Evron Draper
Street Address: 1508 Sams Circle # 532
County, City: Chesapeake City   Virginia
State & Zip: Virginia   23320
Telephone Number: 216 806 4988
Mailing Address PO Box 144 Lynchburg VA 24305

B.   List all defendants' names and the address where each defendant may be served.   Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page.   Attach additional sheets of paper as necessary.

Defendant   Name: GB Logistics LLC
Street Address: 537 North 3rd Street
County, City: Philadephia   Philadelphia City
State & Zip: PA 19123
Telephone Number: 508 - 299 - 9353

C.   The address at which I sought employment or was employed by the defendant(s) is:

Employer: GB LL Holdings LLC dBA Go PUFF
Street Address: 111 Harris Street
County, City: Albemarle County, Charlottesville City
State & Zip: Virginia 22903
Telephone Number: 508 - 299 - 9353

## II.   Statement of the Claim

A.   The discriminatory conduct of which I complain in this action includes (*check only those that apply to your case*):

___   Failure to hire me

_X_   Termination of my employment

___   Failure to promote me

-2-

_____ Failure to reasonably accommodate my disability

_____ Failure to reasonably accommodate my religion

_____ Failure to stop harassment

__X__ Unequal terms and conditions of my employment

__X__ Retaliation

__X__ Other (specify): __Discrimination by (sex) male gender within working__

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

B.   It is my best recollection that the alleged discriminatory acts occurred or began on or about: (month)_11__, (day)_10__, (year)_2019__.

C.   I believe that the defendant(s) (check one):

_____ is still committing these acts against me.

__X__ is **not** still committing these acts against me.

D.   Defendant(s) discriminated against me based on my (*check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged*):

_____ race _____        _ _  color _____

_____ religion _____        __X__ gender/sex _MALE__ _

_ _ _ national origin _____

_ _ _  age   My date of birth is _11/11/1985_ (*Give your date of birth only if you are asserting a claim of age discrimination*)

E.   The facts of my case are as follow (*attach additional sheets of paper as necessary*):

① Complainant states discrimination by Defendant's Virginia organization business by sex (male) class. (incident occured 1st 120 days of hire date)

② Complainant states retaliation by termination of 11/10/2019 from previous (sex male class incident)

③ Complainant states retaliation by termination and HR Lead appeal hearing process conducted on 11/11/2019 to determine complainant contest for employment by General Manager decision 11/10/2019

④ Complainant proclaims unequal Acts by terms and condition of job description and policy

-3-

**NOTE:** *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the Pennsylvania Human Relations Commission, or the Philadelphia Commission on Human Relations.*

III.   **Exhaustion of Administrative Remedies:**

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on: 02 | 07 | 2020 _ _ _ *(Date).*

B.   The Equal Employment Opportunity Commission (*check one*):

   _ _ _   has not issued a Notice of Right to Sue Letter.
   _γ_   issued a Notice of Right to Sue Letter, which I received on 02 | 11 | 2020 *(Date).*

   **NOTE:** *Attach to this complaint a copy of the Notice of Right to Sue Letter from the Equal Employment Opportunity Commission*

C.   *Only plaintiffs alleging age discrimination must answer this question.*

   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct (*check one*):

   _ _ _   60 days or more have passed.
   _χ_   fewer than 60 days have passed.

D.   It is my best recollection that I filed a charge with the ~~Pennsylvania Human Relations~~ *EEOC* Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct on: _ _ _ _ _ _ _ _ _ _ _ *(Date).*

E.   Since filing my charge of discrimination with the ~~Pennsylvania Human Relations~~ *EEOC office* Commission or the Philadelphia Commission on Human Relations regarding the *Richmond Virginia* defendant's alleged discriminatory conduct (*check one*):

   _ _ _   One year or more has passed.
   _χ_   Less than one year has passed.

## IV.    Relief

**WHEREFORE**, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs as well as (*check only those that apply*):

_ _   Direct the defendant to hire the plaintiff.

_✗_   Direct the defendant to re-employ the plaintiff.

._ _   Direct the defendant to promote the plaintiff.

_ _.   Direct the defendant to reasonably accommodate the plaintiff's disabilities.

___   Direct the defendant to reasonably accommodate the plaintiff's religion.

___.   Direct the defendant to (*specify*):_ _ ____ ___ _ ___ ___ ___ _ __

_✗_   If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

_✔_   Other (*specify*):_ _ (back pay, If available) (Resitution/Reinstatment if available)

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 19 day of Feb_ _ _ _ , 2020.

Signature of Plaintiff _____ ____ _ _

Address _ Post Office Box 149_ _ ____ _ _ _

_ Lynchburg Virginia 24505 _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Telephone number _ 276_ 806 4988_ _ _ _ _ _ _

Fax number (*if you have one*) _434 - 509 - 1260_ _ _ _ _ _

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To | **Cedrick Draper**<br>**PO Box 144**<br>**Lynchburg, VA 24505** | From | **Richmond Local Office**<br>**400 North 8th Street**<br>**Suite 350**<br>**Richmond, VA 23219** |
|---|---|---|---|

| | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* | | |

| EEOC Charge No | EEOC Representative | Telephone No |
|---|---|---|
| **438-2020-00210** | **Gabrielle M. Corbett,**<br>Investigator | **(804) 771-2139** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination· Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[X] Other *(briefly state)*   **No employee / employer relationship**

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form )*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

**Daron L. Calhoun,**
**Director**

FEB 1 1 2020

*(Date Mailed)*

Enclosures(s)

cc:   **Kaitlin Burke**
**HR Director**
**1111 Harris Street**
**Charlottesville, VA 22903**

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --**    **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),**
**the Genetic Information Nondiscrimination Act (GINA), or the Age**
**Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.   .

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief  Courts often require that a copy of your charge must be attached to the complaint you file in court  If so, you should remove your birth date from the charge  Some courts will not accept your complaint where the charge includes a date of birth.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

Cedrick Draper
Post Office Box 144
Lynchburg Virginia 24505

1508 Sams Cir Suite 532
Chesapeake Virginia 23320
276.806.4958
434.509.1260 (fax 1)
February ~~15th~~ 2020
18th

**US Mail**
~~Circuit Court of~~ Virginia Eastern District of Pennsylvania
Notice

*United States*

Dear Representative Official of the ~~Circuit~~ Court,

Cedrick Draper request additional file ~~to appeal~~ by right to sue letter as enclose petition ~~is separate from appeal~~ on the company by discrimination claim. Please file additional copy with previously mail petition to develop ~~to separate case numbers~~. Copy to petitioner PO Box 144 Lynchburg VA 24505 If clarity is needed by request give me call 276.806.4958. All order and decision drawn please mail timely to PO Box Address.

Formally,

Cedrick Draper/x:

Certificate of Service

I hereby certify that on 02/18/2020 a true and correct copy of the forgoing instrument has been forwarded by first class mail to counsel of record

1

601 Market St
Philadelphia PA 19106

FOREVER / USA

Clerk of Court
US District Court
601 Market Street Room 2609
Philadelphia PA 19106 - 1797

U.S.
X-RAY

19106$1796 C019